SYLVESTER HOLMES, as Administrator of the Estate of FRANCES HOLMES, Deceased, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 23, 1945; decided November 29, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Joseph F. Mulqueen, Jr., and James Hall Prothero* of counsel), for appellant. *Nemo Convisser* and *Sidney G. Hollander* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.